# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **ANDREW J. SMITH**, *pro se*,<br>*Plaintiff*<br><br>v.<br><br>**PETER F. NERONHA;** and, **GINA RAIMONDO**,<br>*Defendants* | C.A. No. 1:19-cv-00029-JJM-LDA<br><br>JURY TRIAL DEMANDED |

## STATE DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

I, Justin J. Sullivan, Special Assistant Attorney General, hereby enter my appearance as counsel in the above-captioned matter on behalf of Defendants Peter F. Neronha in his individual and official capacities as Rhode Island Attorney General and Gina Raimondo in her official capacity only, as Governor for the State of Rhode Island (collectively, "State Defendants").

Respectfully Submitted,

PETER F. NERONHA, ATTORNEY GENERAL
GINA RAIMONDO, GOVERNOR,
by their attorney,

PETER F. NERONHA
ATTORNEY GENERAL

*/s/ Justin Sullivan*
Justin J. Sullivan, Esq. (#9770)
Special Assistant Attorney General
Rhode Island Office of the Attorney General
150 S. Main St., Providence, RI 02903
Tel: (401) 274-4400 | Ext. 2007
jjsullivan@riag.ri.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on Monday, March 04, 2019 I filed the within document via the ECF filing system and that a copy is available for viewing and downloading. I further certify that on Monday, March 04, 2019  I mailed a true and accurate copy of the within document via U.S. First Class mail, postage prepaid, to the following:

Andrew J. Smith, pro se (ID#152162)
Medium Security BR-5B
P.O. Box 8274
Cranston, RI 02920

                                                                         */s/Justin Sullivan*