# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **Andrew J. Smith**           ) <br> ) <br> **V.**            ) <br> ) <br> **Peter F. Nerhona and Gina Raimondo**  ) | **C.A. No. 19-29-JJM** |

## JUDGMENT

[ ]  Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]  Decision by the Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**Judgment is hereby entered for the Defendants against the Plaintiff pursuant to the Order of Judge John J. McConnell, Jr. dated April 9, 2019 GRANTING Defendants' Motion to Dismiss.**

        **Enter:**

        **/s/ Barbara Barletta**
        **Deputy Clerk**

**DATED:  April 9, 2019**